CITY AND COUNTY OF DALLAS LEVEE IMPROVEMENT DISTRICT ex rel. Robert E. SIMOND et al., Appellants, v. P. J. ALLEN, Appellee.

SAME v. ATLAS METAL WORKS et al., Appellees.

SAME v. J. H. BARR, Appellee.

SAME v. J. P. BURGESS, Appellee.

SAME v. Carl CASEY, Appellee.

SAME v. DALLAS POWER & LIGHT CO., et al., Appellees.

SAME v. DALLAS TERMINAL RAILWAY & UNION DEPOT COMPANY et al., Appellees.

SAME v. EAGLE FORD LAND & INDUSTRIAL COMPANY, Appellee.

SAME v. EDWARDS REALTY COMPANY, Appellee.

SAME v. E. R. FAIN et al., Appellees.

SAME v. John M. FOUTS et al., Appellees.

SAME v. GULF, COLORADO & SANTA FE RAILWAY COMPANY et al., Appellees.

SAME v. MAGNOLIA PETROLEUM COMPANY et al., Appellees.

SAME v. REPUBLIC NATIONAL BANK & TRUST CO., Independent Executor of the Estate of Fred McJunkin, Deceased, et al., Appellees.

SAME v. MISSOURI–KANSAS–TEXAS RAILROAD COMPANY OF TEXAS et al., Appellees.

SAME v. Charles R. MOORE, Appellee.

SAME v. Charles R. MOORE and J. B. Templeton, Appellees.

SAME v. DALLAS RAILWAY & TERMINAL COMPANY et al., Appellees.

SAME v. REPUBLIC NATIONAL BANK & TRUST COMPANY, Appellee.

SAME v. Lester A. RUSSELL et al., Appellees.

SAME v. SOUTHWESTERN LAND & LOAN COMPANY, Appellee.

SAME v. J. O. SPRING et al., Appellees.

SAME v. L. A. STEMMONS et al., Appellees.

SAME v. ST. LOUIS SOUTHWESTERN RAILWAY COMPANY et al., Appellees.

SAME v. COLE LAND & INVESTMENT COMPANY, Appellee.

SAME v. TERMINAL DEVELOPMENT COMPANY, Appellee.

SAME v. TEXAS & PACIFIC RAILWAY COMPANY et al., Appellees.

SAME v. TEXAS RAILWAY EQUIPMENT COMPANY et al., Appellees.

SAME v. TEXAS COMPANY, Appellee.

SAME v. TRINITY FARMS SECURITIES COMPANY et al., Appellees.

SAME v. August M. VILBIG, Appellee.

SAME v. Martin WEISS et al., Appellees.

SAME v. WEST COMMERCE REALTY COMPANY, Appellee.

SAME v. Mrs. Frankie E. BELL et al., Appellees.

SAME v. C. M. COCKRELL, Appellee.

SAME v. C. W. ROBERTS, Appellee.

SAME v. J. W. VILBIG, Sr., Appellee.

Nos. 8345–8377, 8382–8385.

Circuit Court of Appeals, Fifth Circuit.

April 16, 1937.

Eberhard P. Deutsch, of New Orleans, La., Alex F. Weisberg, of Dallas, Tex., and Amos H. Watts, of Chicago, Ill., for appellants.

Wm. M. Cramer and Burt Barr, both of Dallas, Tex., for appellee Barr.

Allen Charlton, of Dallas, Tex., for appellees Dallas Power & Light Co. and others.

Adair Dyer, of Dallas, Tex., for appellees Dallas Terminal Ry. & Union Depot Co. and others.

John C. Robertson, of Dallas, Tex., for appellees Eagle Ford Land & Industrial Co. and others.

Henry P. Edwards, of Dallas, Tex., for appellee Edwards Realty Co.

John Humphrey, of Wichita Falls, Tex., for appellees E. R. Fain et al.

Frank J. Wren, of Fort Worth, Tex., for appellees Gulf, C. & S. F. Ry. Co. et al.

Roy C. Ledbetter, of Dallas, Tex., for appellees Magnolia Petroleum Co. et al.

H. L. Bromberg, of Dallas, Tex., for appellees Republic Nat. Bank & Trust Co., independent executor of Estate of Fred McJunkin, deceased, et al.

G. H. Penland and Charles C. Huff, both of Dallas, Tex., for appellees Missouri-Kansas-Texas R. Co. of Texas et al.

736

M. B. Solomon, of Dallas, Tex., for appellee Charles R. Moore and J. B. Templeton.

H. W. Whisenant and S. W. Marshall, both of Dallas, Tex., for appellee Republic Nat. Bank & Trust Co.

Geo. O. Wilson, of Dallas, Tex., for appellees J. O. Spring et al.

Robert L. Clark, of Dallas, Tex., for appellee Cole Land & Inv. Co.

H. S. Garrett, of Forth Worth, Tex., for appellees Texas Co. and others.

Wm. Burrow, of Dallas, Tex., for appellee August M. Vilbig.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

It was stipulated by the parties that the above-named cases should abide the judgment in City and County of Dallas Levee Improvement District ex rel. Robert E. Simond et al. v. Industrial Properties Corporation (C.C.A.) 89 F.(2d) 731, this day decided. As the judgment in that case has been affirmed, the judgment in each of the above-named cases is also affirmed.